**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| ████████████████<br>████████████████<br>█████ | Case No.  23-cv-3301 |
| Plaintiff, | |
| v. | |
| THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**SCHEDULE A TO COMPLAINT**

| ██ | ████ | ██████ | |
|---|---|---|---|
| █ | █████ | ████████████ | |
| █ | █████ | █████████████ | |
| █ | █████ | ████████████ | |
| █ | █████ | ██████████████ | |
| █ | ██████ | ████████████ | |
| █ | ██████ | █████████████ | |
| ██ | ████ | ████████ | |
| ██ | █████ | ████████████████ | |
| ██ | ███████<br>███ | █████████████████████████ | |
| ██ | ██████<br>███████<br>██ | ████████████████████<br>█████████████████████████ | |
| ██ | ███<br>█████<br>██ | ████████████████████<br>█████████████████████████ | |
| ██ | ███████<br>███████<br>█████ | ███████████████████████<br>██████████████████████ | |
| ██ | ██████ | ██████████████████████<br>█████████████████████ | |











