IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEIFENG ZHIZAO (SHENZHEN) TECHNOLOGY CO., LTD. D/B/A/ BEBIRD, <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 23-cv-3301 <br><br> Judge Thomas M. Durkin |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff HEIFENG ZHIZAO (SHENZHEN) TECHNOLOGY CO., LTD. D/B/A/ BEBIRD ("Bebird") filed a Motion for Entry of a Preliminary Injunction against the against the Defendants identified in Schedule A to the Complaint and attached hereto, with the exception of certain Defendants[1] (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Bebird's Motion in part as follows.

This Court finds Bebird has provided notice to Defendants in accordance with the Temporary Restraining Order entered June 7, 2023, [19] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward

---

[1] These Defendants that are listed as "Exception" in place of their Defendant name on the attached Schedule A and are not subject to this order.

consumers in the United States, including Illinois. Specifically, Bebird has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Bebird's federally registered patents (the "Bebird Patents") to residents of Illinois. In this case, Bebird has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using infringing versions of the Bebird Patents. *See* Docket No. [13], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its goods to customers in Illinois bearing infringing versions of the Bebird Patents.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Bebird's previously granted Motion for Entry of a TRO establishes that Bebird has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Bebird will suffer irreparable harm if the injunction is not granted.

Specifically, Bebird has proved a *prima facie* case of patent infringement because (1) Bebird is the lawful assignee of all right, title and interest in and to the Bebird Patents (2) Defendants make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products that infringe directly and/or indirectly the ornamental designs claimed in the Bebird Patents and (3) an ordinary observer would be deceived into thinking the

Defendants' products were the same as the Bebird Patents. Furthermore, Defendants' continued and unauthorized use of the Bebird Patents irreparably harms Bebird through diminished goodwill and brand confidence, damage to Bebird's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Bebird has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Bebird Patents or any reproductions, copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Bebird product or not authorized by Bebird to be sold in connection with the Bebird Patents;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Bebird product or any other product produced by Bebird, that is not Bebird's or not produced under the authorization, control, or supervision of Bebird and approved by Bebird for sale under the Bebird Patents;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Bebird, or are sponsored by, approved by, or otherwise connected with Bebird; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner,

3

products or inventory not manufactured by or for Bebird, nor authorized by Bebird to be sold or offered for sale, and which infringe any of Bebird's patents, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon Bebird's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., WhaleCo Inc. ("Temu"), Walmart.com ("Walmart"), eBay, Inc. ("eBay"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Bebird expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Bebird's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the Bebird Patents.

6. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

5

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Bebird may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "SONUA and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Plaintiff's Complaint and Exhibits thereto, [7] Notice of Claims [8], Notice of Affiliates [9], Motion for Temporary Restraining order and accompanying pleadings [12-13], the TRO [19] and Motion for Extension of the Temporary Restraining Order [39] are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure

and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $50,000 bond posted by Bebird shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Thomas M. Durkin
United States District Judge

Dated: July 20, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEIFENG ZHIZAO (SHENZHEN) TECHNOLOGY CO., LTD. D/B/A/ Bebird, <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 23-cv-3301 |

### SCHEDULE A TO PRELIMINARY INJUNCTION ORDER

| No | Name | Product URL |
|---|---|---|
| 1 | SONUA | https://share.temu.com/BbENXFqlgsA |
| 2 | MEUSEBIKE | https://share.temu.com/bhhoEfxRwYA |
| 3 | YPH Daily life | https://share.temu.com/ejbQNKBJuVA |
| 4 | VIECKDUN | https://share.temu.com/gbvvpyltyhA |
| 5 | **Exception** | |
| 6 | **Dismissed** | |
| 7 | CHUNSENUS | https://share.temu.com/KeNMFuYJTRA |
| 8 | smart camera | https://share.temu.com/KHcdtkDFrAA |
| 9 | VITCOCO | https://share.temu.com/NUoYxLHjgFA |
| 10 | AFGVK cctv camera | https://share.temu.com/TvyVspkvmZA |
| 11 | **Dismissed** | |
| 12 | Ningbo Gongshan Import & Export Co., Ltd. | https://www.alibaba.com/product-detail/1080HD-Digital-Otoscope-Rechargeable-Ear-Cleaner_1600805673145.html?spm=a2700.galleryofferlist.normal_offer.d_title.697f7d62MWgQho |
| 13 | Dongguan I-Believe Electronic Appliance Co., Ltd. | https://www.alibaba.com/product-detail/2022-Earwax-Removal-Wifi-Ear-Cleaning_1600658705244.html?spm=a2700.galleryofferlist.normal_offer.d_title.407425c4efoR8r |
| 14 | Shenzhen Yingruituo Technology Co., Ltd. | https://www.alibaba.com/product-detail/2022-FindA-Pro-Soulear-Ear-Cleaner_1600530568285.html?spm=a2700.galleryofferlist.normal_offer.d_title.2cd325c4byw3oY |
| 15 | Shenzhen Global Electronic | https://www.alibaba.com/product-detail/2023-New-Arrival-Electric-Earwax-Cleaning_1600576858609.html?spm=a2700.shop_plser.41413.7.3d1bb233YwsIzz |

8

| No | Name | Product URL |
|---|---|---|
|  | Commerce Limited |  |
| 16 | Shenzhen Chuan Yi Technology Group Co., Ltd. | https://www.alibaba.com/product-detail/4mm-Electric-Earwax-Cleaner-Tool-Otoscope_1600592679091.html?spm=a2700.shop_index.74.2.306e575aoOEYQU |
| 17 | GLOBAL TEAM PRODUCTS (HK) LIMITED | https://www.alibaba.com/product-detail/5M-Pixels-Visual-Smart-WIFI-Ear_1600668024992.html?spm=a2700.galleryofferlist.normal_offer.d_title.52c025c4H8jmB2 |
| 18 | Shenzhen Hongyu Technology Co., Ltd. | https://www.alibaba.com/product-detail/Bigsmile-Ear-Spoon-Korea-best-selling_1600112524140.html?spm=a2700.galleryofferlist.normal_offer.d_title.37257d62UbuHgG |
| 19 | Shenzhen Henghao Electronics Co., Ltd. | https://www.alibaba.com/product-detail/Cheap-price-APP-X1-Eax-Wax_1600379174296.html?spm=a2700.galleryofferlist.normal_offer.d_title.1e4825c4B5iRY4 |
| 20 | Shenzhen Poofect Technology Co., Ltd. | https://www.alibaba.com/product-detail/Cheap-Price-Portable-Electric-Ear-Wax_1600281680833.html?spm=a2700.galleryofferlist.normal_offer.d_title.515222f7SqJHx0 |
| 21 | Shenzhen Ishan Technology Co., Ltd. | https://www.alibaba.com/product-detail/Ear-pick-earwax-removal-ear-spoon_1600547275026.html?spm=a2700.galleryofferlist.normal_offer.d_title.2bc625c4O1xVca |
| 22 | Shenzhen Truely Beauty Industry Co., Limited | https://www.alibaba.com/product-detail/Ear-Wax-Removal-Endoscope-Otoscope-Earwax_1600273247790.html?spm=a2700.galleryofferlist.normal_offer.d_title.515222f7SqJHx0 |
| 23 | Shenzhen Vision Health Technology Co., Ltd. | https://www.alibaba.com/product-detail/Ear-Wax-Removal-Tool-Camera-Wireless_1600461907536.html?spm=a2700.galleryofferlist.normal_offer.d_title.1e4825c4B5iRY4 |
| 24 | Shenzhen Betory Technology Co., Ltd. | https://www.alibaba.com/product-detail/Earwax-Removal-Wifi-Ear-Cleaner-Otoscope_1600802455108.html?spm=a2700.galleryofferlist.normal_offer.d_title.2fd27d62N8lJ7T |
| 25 | Shenzhen Luokefan Technology Co., Ltd. | https://www.alibaba.com/product-detail/Earwax-Remover-Ear-Cleaner-With-Camera_1600754683618.html?spm=a2700.galleryofferlist.normal_offer.d_title.27f422f73Kwvvj |
| 26 | Pinsheng Electronics Co.,Ltd | https://www.alibaba.com/product-detail/Electric-Light-Endoscope-Visible-Ear-Wax_1600552848445.html?spm=a2700.galleryofferlist.normal_offer.d_title.1e4825c4B5iRY4 |
| 27 | Shenzhen Easygear Technology Co., Ltd. | https://www.alibaba.com/product-detail/Endoscope-Ear-Spoon-Mini-Camera-Pen_1600702510634.html?spm=a2700.galleryofferlist.normal_offer.d_title.7ef225c4VRRuDW |
| 28 | Shenzhen Sumhen | https://www.alibaba.com/product-detail/Endoscope-Ear-Spoon-Mini-Camera-Pen_1600759022167.html?spm=a2700.galleryofferlist.normal_offer.d_title.240525c4Irilu3 |

| No | Name | Product URL |
|---|---|---|
|  | Electron Co., Limited |  |
| 29 | Shenzhen BJI Technology Co., Ltd. | https://www.alibaba.com/product-detail/Smart-WIFI-Earwax-Cleaner-Visible-Electric_1600467982393.html?spm=a2700.galleryofferlist.normal_offer.d_title.1e4825c4B5iRY4 |
| 30 | **Exception** |  |
| 31 | Hangzhou S.W Technology Co.,Ltd | https://www.alibaba.com/product-detail/S-W-Beauty-2023-New-wifi_1600782064446.html?spm=a2700.galleryofferlist.normal_offer.d_title.69ab22f7PAMfwk |
| 32 | **Exception** |  |
| 33 | Shenzhen Kuajing Tong Industrial Co., Ltd. | https://www.alibaba.com/product-detail/Visual-Ear-Cleaning-Tool-Otoscope-Earpick_1600510419520.html?spm=a2700.galleryofferlist.normal_offer.d_title.27f422f73Kwvvj |
| 34 | Shenzhen Home Guard Technology Co., Ltd. | https://www.alibaba.com/product-detail/wifi-ear-wax-removal-tool-health_1600575352048.html?spm=a2700.galleryofferlist.normal_offer.d_title.515222f7SqJHx0 |
| 35 | Shenzhen Hailixuan Technology Co., Ltd. | https://www.alibaba.com/product-detail/Wireless-Ear-Wax-Removal-Tool-Ears_1600745487144.html?spm=a2700.galleryofferlist.normal_offer.d_title.76b825c4ksgg1i |
| 36 | Shenzhen Aixinke Technology Co., Ltd. | https://www.alibaba.com/product-detail/Xiaomi-SUNUO-FIND-X-3in1-Smart_1600473793615.html?spm=a2700.galleryofferlist.normal_offer.d_title.573a25c4pLVNt9 |
| 37 | Ear Wellness | https://www.amazon.com/dp/B0BNDMZXT4 |
| 38 | Bysku-Direct | https://www.amazon.com/dp/B0B5X6CND7 |
| 39 | **Exception** |  |
| 40 | **Exception** |  |
| 41 | **Dismissed** |  |
| 42 | **Exception** |  |
| 43 | LEIPUT Store | https://www.amazon.com/dp/B09QMGGNNM |
| 44 | **Exception** |  |
| 45 | ZHAOXIZI | https://www.amazon.com/dp/B09LVVY1P8 |
| 46 | Tilco | https://www.amazon.com/dp/B0B8DKGSSR |
| 47 | **Dismissed** |  |
| 48 | **Exception** |  |
| 49 | MISONG | https://www.amazon.com/Ear-Wax-Removal-Tool-Camera-Cleaner-Cleaning-Otoscope-Endoscope/dp/B0BSWR2RXY/ref=sr_1_513?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678853154&refinements=p_72%3A1248906011&rnid=1248901011&s=hpc&sprefix=ear+w%2Caps%2C428&sr=1-513 |
| 50 | **Exception** |  |
| 51 | **Exception** |  |
| 52 | **Exception** |  |
| 53 | **Dismissed** |  |
| 54 | **Exception** |  |

| No | Name | Product URL |
|----|------|-------------|
| 55 | JiaMall | https://www.amazon.com/Fyobyye-Cleaner-Removal-Traditional-Otoscope/dp/B0B24WPR5D/ref=sr_1_218?crid=1RYVXNMDCTB2W&keywords=ear+clean&qid=1678851268&refresh=1&sprefix=ear+clean%2Caps%2C373&sr=8-218 |
| 56 | HappySmile Everyday | https://www.amazon.com/HappySmile-Upgrade-Removal-Cleaner-EarwaxRemoval/dp/B09WDCK2Y7/ref=sr_1_248?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678852636&refinements=p_72%3A1248906011&rnid=1248901011&s=hpc&sprefix=ear+w%2Caps%2C428&sr=1-248 |
| 57 | **Exception** | |
| 58 | **Exception** | |
| 59 | XCT Store | https://www.amazon.com/Nisheng-Removal-Cleaning-Clippers-Android/dp/B0BVW17F71/ref=sr_1_654?keywords=otoscope&qid=1678864292&s=hpc&sr=1-654 |
| 60 | lanjingyu | https://www.amazon.com/Otoscope-Wireless-Endoscope-Cleaning-Children/dp/B0B3XC56RR/ref=sr_1_441?crid=1CF5FYSMM4GNE&keywords=otoscope&qid=1678863505&s=hpc&sprefix=otoscpoe%2Chpc%2C493&sr=1-441 |
| 61 | YanKe Store | https://www.amazon.com/OUFUNI%C2%AE-Removal-Camera-Cleaner-Android/dp/B0BSBJN2L4/ref=sr_1_121?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678851802&sprefix=ear+w%2Caps%2C428&sr=8-121 |
| 62 | PakyKai | https://www.amazon.com/PakyKai-Removal-Cleaner-Camera-Otoscope/dp/B0BQHG51RZ/ref=sr_1_875?keywords=otoscope&qid=1678864571&s=hpc&sr=1-875 |
| 63 | al-ven | https://www.amazon.com/Physician-Tested-Removal-27-Piece-Cleaning-Otoscope/dp/B09WCW34VD/ref=sr_1_322?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678852839&refinements=p_72%3A1248906011&rnid=1248901011&s=hpc&sprefix=ear+w%2Caps%2C428&sr=1-322 |
| 64 | Dreamcolor | https://www.amazon.com/Portable-Otoscope-Avatar-Controls-Cleaning/dp/B09QQFLS6P/ref=sr_1_1039?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678853898&refinements=p_72%3A1248906011&rnid=1248901011&s=hpc&sprefix=ear+w%2Caps%2C428&sr=1-1039 |
| 65 | **Exception** | |
| 66 | King Square | https://www.amazon.com/Removal-Cleaner-Camera-Otoscope-Android/dp/B09XQX7GNQ/ref=sr_1_978?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678853817&refinements=p_72%3A1248906011&rnid=1248901011&s=hpc&sprefix=ear+w%2Caps%2C428&sr=1-978 |
| 67 | **Exception** | |
| 68 | **Exception** | |
| 69 | **Dismissed** | |
| 70 | **Exception** | |
| 71 | **Exception** | |
| 72 | Lang rong1 | https://www.amazon.com/Removal-Cleaner-Compatible-Android-Accessories/dp/B0BLBT3KP8/ref=sr_1_1051?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678853898&refinements=p_72%3A1248906011&rnid=1248901011&s=hpc&sprefix=ear+w%2Caps%2C428&sr=1-1051 |
| 73 | AOTOTEN-US | https://www.amazon.com/Removal-Cleaner-Otoscope-Cleaning-Android/dp/B09WZYC7YJ/ref=sr_1_512?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678853154&refinements=p_72%3A1248906011&rnid=1248901011&s=hpc&sprefix=ear+w%2Caps%2C428&sr=1-512 |
| 74 | **Exception** | |
| 75 | **Exception** | |
| 76 | **Exception** | |

| No | Name | Product URL |
|---|---|---|
| 77 | Jmdbwsm | https://www.amazon.com/Removal-Cleaner-Silicone-Cleaning-Compatible/dp/B0BMX47W65/ref=sr_1_657?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678853392&refinements=p_72%3A1248906011&rnid=1248901011&s=hpc&sprefix=ear+w%2Caps%2C428&sr=1-657 |
| 78 | WEN-TAO | https://www.amazon.com/Removal-Cleaner-Wireless-Compatile-Android/dp/B09XF4RKRV/ref=zg_bs_3779891_sccl_3/141-0550962-7113731?psc=1 |
| 79 | **Exception** | |
| 80 | Inim | https://www.amazon.com/Removal-Cleaner-Wireless-Otoscope-Cleaning/dp/B0B38QRDC4/ref=zg_bs_3779891_sccl_331/141-0550962-7113731?psc=1 |
| 81 | QiJingSM | https://www.amazon.com/Removal-Cleaning-Cleaner-Wireless-Otoscope/dp/B0B9YB3561/ref=sr_1_1850?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678860323&refinements=p_72%3A1248906011&rnid=1248901011&s=hpc&sprefix=ear+w%2Caps%2C428&sr=1-1850 |
| 82 | viogo | https://www.amazon.com/Removal-Cleaning-Endoscope-Auxiliary-Accessories279/dp/B0BS6HF5ZV/ref=sr_1_457?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678853088&refinements=p_72%3A1248906011&rnid=1248901011&s=hpc&sprefix=ear+w%2Caps%2C428&sr=1-457 |
| 83 | Dongqinkeji | https://www.amazon.com/Removal-Endoscope-Otoscope-Waterproof-Smartphones/dp/B09XXY8XT5/ref=sr_1_726?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678853489&refinements=p_72%3A1248906011&rnid=1248901011&s=hpc&sprefix=ear+w%2Caps%2C428&sr=1-726 |
| 84 | stsmart3 | https://www.amazon.com/Removal-Nisheng-Cleaner-Gyroscope-Otoscope/dp/B0BHP3K56M/ref=sr_1_123?crid=1CF5FYSMM4GNE&keywords=otoscope&qid=1678862187&s=hpc&sprefix=otoscpoe%2Chpc%2C493&sr=1-123 |
| 85 | **Exception** | |
| 86 | Wbjmaoyi | https://www.amazon.com/Removal-Otoscope-Million-Cleaner-Android/dp/B0BRV9JSM5/ref=sr_1_1009?keywords=otoscope&qid=1678864807&s=hpc&sr=1-1009 |
| 87 | HAMIQI | https://www.amazon.com/Removal-Otoscope-Wireless-Endoscope-Cleaning/dp/B09Z7KNKJR/ref=sr_1_199?crid=1RYVXNMDCTB2W&keywords=ear+clean&qid=1678851214&refresh=1&sprefix=ear+clean%2Caps%2C373&sr=8-199 |
| 88 | STARSSHINE | https://www.amazon.com/Removal-Remover-Blackhead-Cleaning-Compatible/dp/B09WRLHN5P/ref=sr_1_835?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678853627&refinements=p_72%3A1248906011&rnid=1248901011&s=hpc&sprefix=ear+w%2Caps%2C428&sr=1-835 |
| 89 | UPMOSTEK | https://www.amazon.com/Removal-Visual-Cleaner-Spiral-Otoscope/dp/B094HX1TV2/ref=sr_1_985?keywords=otoscope&qid=1678864746&s=hpc&sr=1-985 |
| 90 | Qimic | https://www.amazon.com/Removal-Waterproof-Wireless-Cleaner-Otoscope/dp/B0999JSX9Q/ref=zg_bs_3779891_sccl_14/141-0550962-7113731?psc=1 |
| 91 | shipinmy | https://www.amazon.com/Removal-Wireless-Camera-Lights-Waterproof/dp/B0BBM6X216/ref=sr_1_714?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678853449&refinements=p_72%3A1248906011&rnid=1248901011&s=hpc&sprefix=ear+w%2Caps%2C428&sr=1-714 |
| 92 | LiveFree-US | https://www.amazon.com/Removal-Wireless-Cleaner-Waterproof-Android/dp/B0BPCHGY75/ref=zg_bs_3779891_sccl_1/141-0550962-7113731?psc=1 |
| 93 | Woopower | https://www.amazon.com/Removal-Wireless-Otoscope-Waterproof-Cleaning/dp/B09W9FM53J/ref=sr_1_122?crid=1CF5FYSMM4GNE&keywords=otoscope&qid=1678862236&s=hpc&sprefix=otoscpoe%2Chpc%2C493&sr=1-122 |
| 94 | CAZSHOP | https://www.amazon.com/Removal-Wireless-Waterproof-Endoscope-Cleaning/dp/B0B28ZR83F/ref=zg_bs_3779891_sccl_389/141-0550962-7113731?psc=1 |

| No | Name | Product URL |
|---|---|---|
| 95 | Yoobao | https://www.amazon.com/Removal-Yoobao-Cleaner-Wireless-Otoscope/dp/B0B19S48DB/ref=sr_1_345?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678852915&refinements=p_72%3A1248906011&rnid=1248901011&s=hpc&sprefix=ear+w%2Caps%2C428&sr=1-345 |
| 96 | ZDEER | https://www.amazon.com/Removal-ZDEER-Cleaner-Otoscope-Waterproof/dp/B0B8SP7LFJ/ref=sr_1_706?crid=2XMRFHH761HCT&keywords=ear+wax&qid=1678853449&refinements=p_72%3A1248906011&rnid=1248901011&s=hpc&sprefix=ear+w%2Caps%2C428&sr=1-706 |
| 97 | Starfar | https://www.amazon.com/Remover-Foxzone-Cleaner-Detector-Replacement/dp/B09XTXZDRG/ref=sr_1_977?keywords=otoscope&qid=1678864738&s=hpc&sr=1-977 |
| 98 | huiyuedianzishangwu | https://www.amazon.com/REOTEL-Otoscope-Rechargeable-Waterproof-Endoscope/dp/B0BRVD1CQ4/ref=sr_1_944?keywords=otoscope&qid=1678864662&s=hpc&sr=1-944 |
| 99 | TOGAVE | https://www.amazon.com/TOGAVE-Wireless-Waterproof-Otoscope-Cleaners/dp/B0919H3Q2X/ref=sr_1_392?crid=1CF5FYSMM4GNE&keywords=otoscope&qid=1678863061&s=hpc&sprefix=otoscpoe%2Chpc%2C493&sr=1-392 |
| 100 | **Exception** | |
| 101 | **Exception** | |
| 102 | Vividmoo US | https://www.amazon.com/Vividmoo-Megapixel-Otoscope-Wireless-Cleaning/dp/B0BYYRZ1RW/ref=sr_1_213?crid=1UV92J30BO0MM&keywords=otoscope&qid=1681696073&sprefix=otoscope%2Caps%2C281&sr=8-213 |
| 103 | Earwax Tools Store | https://www.amazon.com/Wireless-Endoscope-Otoscope-Waterproof-Compatible/dp/B09NLW3YVV/ref=zg_bs_3779891_sccl_3/141-0550962-7113731?th=1 |
| 104 | **Exception** | |
| 105 | gjg6_67 | https://www.ebay.com/itm/144924202512 |
| 106 | **Dismissed** | |
| 107 | extrahighqualityitems | https://www.ebay.com/itm/275570599466 |
| 108 | hmqe_2 | https://www.ebay.com/itm/385384034209 |
| 109 | **Dismissed** | |
| 110 | SweetLF | https://www.walmart.com/ip/BAFOME-Ear-Wax-Removal-Tool-500W-Wireless-Otoscope-12-Pieces-Accessories-Endoscope-LED-Lights-3-mm-Mini-Visual-Camera-Cleaner-Kit-iPhone-iPad-Android/1590510143 |
| 111 | WANGO | https://www.walmart.com/ip/Cosprof-Ear-Wax-Removal-Tool-Camera-1296P-FHD-Wireless-6-LED-Lights-Cleaner-Tool-Smart-Earwax-Cleaning-Kit-Remover-8-Pcs-iOS-Android-Black/1559599954?from=searchResults |
| 112 | **Dismissed** | |
| 113 | YaShe Home Store | https://www.walmart.com/ip/Ear-Wax-Removal-Ear-Removal-Tool-Camera-Ear-Cleaning-Camera-1080P-Hd-Endoscope-Wireless-Earwax-Tools-Compatible-iPhone-Android-Kids-Adults-White/1799387818 |
| 114 | MiMao Diy House | https://www.walmart.com/ip/Ear-Wax-Removal-Tool-Camera-1080p-Visual-Earwax-Remover-Otoscope-Wireless-Smart-Rechargable-Visible-Lighted-Endoscope-Clean-Cleaning-Scope-Kit-Picker/1949594424?from=searchResults |
| 115 | Yoobao Family | https://www.walmart.com/ip/Ear-Wax-Removal-Tool-Yoobao-Cleaner-Camera-1080P-HD-Wireless-Otoscope-6-LED-Lights-15-Pcs-Spoon-kit-7-Pick-iPhone-iPad-Android-Phones/1799963636 |
| 116 | **Dismissed** | |

13

| No | Name | Product URL |
|---|---|---|
| 117 | Peachs Yaoyao | https://www.walmart.com/ip/Earwax-Remover-Tool-with-6-Pcs-Ear-Set-Ear-Cleaner-with-Camera-Ear-Scope-Earwax-Removal-Kit-with-Light-Ear-Care-Tool-for-iOS-Android-Black/282084425 |
| 118 | BIZONOD STORE | https://www.walmart.com/ip/Earwax-Remover-Tool-with-8-Pcs-Ear-Set-Ear-Cleaner-Camera/419051696?from=searchResults |
| 119 | **Exception** | |
| 120 | Fadersal | https://www.walmart.com/ip/HA-EMORE-Ear-Wax-Removal-Camera-Earwax-Remover-Tool-Intelligent-Endoscope-Visual-Scope-Safe-Pick-Cleaning-Endocsope-Kit-Adults-Kids-Pets/1161083895 |
| 121 | RuiDA | https://www.walmart.com/ip/Skycarper-Ear-Cleaner-Camera-Wax-Removal-Set-Spoon-Earwax-Tool-Light-Otoscope-iPad-iPhone-Android-Phones/110994036 |
| 122 | **Exception** | |
| 123 | **Exception** | |
| 124 | EMStore | https://www.walmart.com/ip/VELAMO-ADVANCED-Ear-Wax-Removal-Cleaner-Camera-WiFi-Wireless-Endoscope-Compatible-iPhone-iPad-Android-Removal-Kit-6-Pick-8-Pcs/2104638955 |
| 125 | **Exception** | |
| 126 | **Exception** | |
| 127 | **Exception** | |
| 128 | **Exception** | |