# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

ABC Corporation

                    Plaintiff,

v.

Case No.: 1:23−cv−03301

Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 30, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone motion hearing held on 8/30/2023. Plaintiff's motion for entry of default against Certain Defendants [113] is granted. Enter Default Order. For the reasons stated on the record, a joint written status report is due by 9/6/2023. By 9/29/2023, the parties are to file a joint status report, including a proposed discovery schedule. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.