UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation., <br><br> *Plaintiff*, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule "A" <br><br> *Defendants*. | Case No.: 1:23-cv-03301 <br><br> Judge Honorable Thomas M. Durkin |

## MOTION FOR CLARIFICATION

Defendants respectfully request clarification regarding the applicability of the Court's order on December 18th to the following Defendants, who all appeared in Court on that date.

Earwax Tools Store;
Faderasl;
YIEAR;
Macro Camera;
AIFINISTORE;
Yaejstore;
Yjear;
DUKINE;
Ear Camera; and
GIRCamera,

To provide some context, initially, defendants Earwax Tools Store and Faderasl had not filed an appearance. The court had entered a preliminary injunction on July 18th for non-appearing defendants. However, Fadersal filed an appearance on July 21st, and Earwax Tools Store filed an appearance on August 24th.

For the remaining 8 defendants, Glacier Law only entered an appearance on their behalf on September 19, 2023. Prior to that date, these 8 defendants were represented by another law firm, and they did not partake in the $50,000 bond arrangement during the preliminary injunction hearing held on July 7, 2023. Consequently, these 8 defendants were restrained as a result of the preliminary injunction issued on July 18, 2023.

In light of recent developments, Glacier Law LLP represented all 10 defendants in the preliminary injunction motion hearings held on December 11th and December 18th, with the outcome that the court denied the Plaintiff's motion for a preliminary injunction on December 18th.

Defendants respectfully seek clarification on whether the court's order denying the preliminary injunction on December 18th applies equally to these 10 defendants, who were originally subject to the preliminary injunction on July 18th.

We thank the Court for its time and attention to this mater.

.

Respectfully Submitted:

Date: December 27, 2023

/s/ Ruoting Men
Ruoting Men
Ruoting.men@glacier.law
Glacier Law LLP
200 East Randolph, Suite 5100
Chicago, IL 60601
(332) 261-8227
Attorney for Defendants