IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABC CORPORATION, et al., | ) | No. 23 C 3301 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE A, et al., | ) | Chicago, Illinois |
| | ) | December 17, 2025 |
| Defendants. | ) | 9:16 a.m. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE M. DAVID WEISMAN, MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiffs: ARONBERG, GOLDGEHN, DAVIS & GARMISA
BY: MR. MATTHEW DE PRETER
225 West Washington Street, Suite 2800,
Chicago, Illinois 60606

For the Defendants: GLACIER LAW LLP
BY: MR. RUOTING MEN
41 Madison Avenue, Suite 2529,
New York, New York 10010

PATRICK J. MULLEN
Retired Official Court Reporter
United States District Court
219 South Dearborn Street
Chicago, Illinois 60604
(708) 935-1931

* * * * *

TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION

(Proceedings in open court.)

THE CLERK: 23 CV 3301, ABC Corporation, et al., versus Parties Identified on Schedule A.

THE COURT: Good morning. For plaintiff?

MR. DE PRETER: Good morning, Your Honor. Matthew De Preter on behalf of plaintiff.

THE COURT: Good morning.

For defendants?

MR. MEN: (Via telephone) Good morning, Your Honor. This is Ruoting Men appearing on behalf of the remaining defendants.

THE COURT: Good morning. So I know there is a little misconnect or disconnect from counsel. Defendant, you're -- the proposed schedule in the status report that Mr. De Preter filed is okay with you, is that correct?

MR. MEN: Yes, Your Honor, that is correct --

THE COURT: All right.

MR. MEN: -- and the defendant apologizes to the Court for the late filing.

THE COURT: No worries. I just don't like you all to waste your time. That's why I had to have the case called.

I'm not going to enter the summary judgment briefing. I'll wait to see where we are on that, but expert reports are due February 13th, and rebuttal experts are due March 13th. I want to set a -- I'm going to use the April 17th date as a date

to complete all necessary depositions for experts. Does that work for plaintiffs?

MR. DE PRETER: That's fine with plaintiffs, Your Honor.

THE COURT: Does that work for defendants?

MR. MEN: Yes, Your Honor. Thank you, Your Honor.

THE COURT: All right. Then let's set a status hearing. Give me a sec.

(Pause.)

THE COURT: I'm looking at May 5th at 9:15. Does that work for plaintiffs?

MR. DE PRETER: Just one minute. I'm trying to -- I have something on that date, but I don't think it's a hearing.

(Pause.)

MR. DE PRETER: Oh, I apologize. I have a Markman hearing on May 5th in Virginia currently scheduled.

THE COURT: Okay. May 6th --

MR. DE PRETER: That's fine.

THE COURT: -- at 9:15? Does May 6th work for defendants?

MR. MEN: Yes, Your Honor, that works for the defendants.

THE COURT: Then file a status report on May 4th with the proposed summary judgment schedule. I'll run that by Judge Durkin. I will likely strike the status hearing if that is

good.

I take it you all do not want a settlement conference, is that correct? Mr. De Preter, you must want one.

MR. DE PRETER: After last time, I don't think that it would be productive, so I would leave it to defendants.

THE COURT: Fair.

MR. DE PRETER: If defendants have, you know, a different opinion from the last time we had a settlement conference, then perhaps we could. But if we're going to rehash the same thing we did before, then no.

THE COURT: Fair enough.

From defendants, do you want to explore a settlement conference possibility after expert discovery?

MR. MEN: Your Honor, I really can't speak on behalf of my client now. Considering the last time that the settlement discussion was not going anywhere, could we just update the Court after the expert discovery?

THE COURT: Yes. Put that in the status report. If you do want a settlement conference, I may have the status hearing so we can try to schedule it. The parties can appear by phone. Anything else we can do?

MR. MEN: Thank you.

THE COURT: Thank you. Thank you. Anything else we can do for the plaintiffs?

MR. DE PRETER: Nothing further, Your Honor. Thank

you.

THE COURT: Anything for defendants?

MR. MEN: No, Your Honor. Thank you, Your Honor.

THE COURT: Thanks. Have a good holiday. Happy New Year. Thank you.

MR. DE PRETER: We appreciate it.

MR. MEN: Thank you, Your Honor.

(Proceedings concluded at 9:21 a.m.)

C E R T I F I C A T E

I certify that the foregoing is an accurate transcript produced from an audio recording of the proceedings in the above-entitled matter.

*/s/Patrick J. Mullen* *April 15, 2026*

Patrick J. Mullen
Retired Official Court Reporter